B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Western District of Kentucky** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**THV Holdings LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-5731213, 20-3709661** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5611 Fern Valley Rd**<br>**Louisville, KY**<br>ZIP Code **40228** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **THV Holdings LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)                  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **THV Holdings LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David M Cantor**
Signature of Attorney for Debtor(s)

**David M Cantor**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**July  7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles L. Smith**
Signature of Authorized Individual

**Charles L. Smith**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**July  7, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **THV Holdings LLC**                                                              ,    Case No. _____
                                                                              Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| 1. | FDBA | **Thermoview Acquisition Corp** |
| 2. | FDBA | **Primax Window Company** |
| 3. | FDBA | **Rolox Window Company** |
| 4. | FDBA | **Thomas Construction** |
| 5. | DBA | **THV** |
| 6. | DBA | **True Home Value** |
| 7. | DBA | **Primax Home Center** |
| 8. | FDBA | **Rolox Home Center** |
| 9. | FDBA | **Leingang Home Center** |
| 10. | FDBA | **THV Compozit Windows & Doors** |
| 11. | DBA | **Paragon Door Designs** |
| 12. | FDBA | **Thermal Line Windows** |
| 13. | FDBA | **THV Stores** |
| 14. | DBA | **Paragon Doors** |
| 15. | FDBA | **THV America's Home Improvement Company** |
| 16. | DBA | **True Home Value Inc.** |
| 17. | FDBA | **Thermaline Windows and Doors** |

MINUTES OF BOARD
OF MEMBERS
MEETING OF
THV HOLDINGS, LLC

A telephonic Members meeting was held at _10:30_ on Wednesday, June 24, 2015. Present were PDD, Inc., represented by S. Oden Howell; and Charles L. Smith, comprising the majority of the membership. Caltius Partners III, L.P., and Caltius Partners Executive III, L.P., were absent, having executed a separate Waiver of Notice for the meeting. Steve Dickman was present and acted as secretary.

Mr. Smith advised the Members that the company could not pay its debts as they accrue. After discussion the following resolutions were unanimously enacted:

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Charles Larry Smith, Member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Charles Larry Smith, Member of this limited liability company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case; and

Be It Further Resolved, that Charles Larry Smith, Member of this limited liability company, is authorized and directed to employ the law firm of Seiller Waterman LLC to represent the limited liability company in such bankruptcy case."

There being no further business to come before the Members, the meeting was adjourned.

_____
Charles Larry Smith

_____
Steve Dickman, Secretary

MINUTES OF BOARD
OF DIRECTORS
MEETING OF
THV HOLDINGS, LLC

A telephonic Board of Directors meeting was held at ___10:30___ on Wednesday, June 24, 2015. Present were Charles L. Smith, David Rueff and S. Oden Howell, comprising the entire Board. Caltius Partners III, L.P., and Caltius Partners Executive III, L.P., were absent, having executed a separate Waiver of Notice for the meeting. Steve Dickman was present and acted as secretary.

Mr. Smith advised the Board that the company could not pay its debts as they accrue. After discussion the following resolutions were unanimously enacted:

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Charles Larry Smith, Member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Charles Larry Smith, Member of this limited liability company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case; and

Be It Further Resolved, that Charles Larry Smith, Member of this limited liability company, is authorized and directed to employ the law firm of Seiller Waterman LLC to represent the limited liability company in such bankruptcy case."

There being no further business to come before the Board, the meeting was adjourned.


_____
Charles Larry Smith


_____
Steve Dickman, Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re __THV Holdings LLC__        Case No. _____

               Debtor(s)        Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | | | **400,000.00** |
| **GOSSEN CORPORATION** **P.O. BOX 44719** **MADISON, WI 53744-4719** | **John Gleason**☐ **GOSSEN CORPORATION** **P.O. BOX 44719** **MADISON, WI 53744-4719** **414-368-1901**☐ | | | **258,197.21** |
| **Dugan Financing LLC** **Attn:  DUK07A** **75 Remittance Dr. - Ste 3205** **Chicago, IL 60675-3205** | **Christy Lucido** **Dugan Financing LLC** **Attn:  DUK07A** **75 Remittance Dr. - Ste 3205** **Chicago, IL 60675-3205** **314-514-6728**☐ | | **Disputed** | **196,000.00** |
| **NORTH SOUTH, LLC** **P.O. Box 39219** **Louisville, KY 40233** | **David Anderson**☐ **NORTH SOUTH, LLC** **P.O. Box 39219** **Louisville, KY 40233** **701-391-3325**☐ | | | **114,873.00** |
| **PDD, INC** **7845 NATIONAL TURNPIKE** **LOUISVILLE, KY 40214** | **David Burks**☐ **PDD, INC** **7845 NATIONAL TURNPIKE** **LOUISVILLE, KY 40214** **502-396-7215**☐ | | | **92,083.29** |
| **COMMONWEALTH OF KENTUCKY DIVISION OF UNEMPLOYMENT INSURANCE P.O. Box 948 FRANKFORT, KY 40602-0948** | **COMMONWEALTH OF KENTUCKY DIVISION OF UNEMPLOYMENT INSURANCE P.O. Box 948 FRANKFORT, KY 40602-0948** | | | **91,268.28** |
| **Kentucky Dept of Revenue** **Legal Support Branch Sta 42** **501 High Street** **Frankfort, KY 40601-2103** | **Kentucky Dept of Revenue** **Legal Support Branch Sta 42** **501 High Street** **Frankfort, KY 40601-2103** | | | **90,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **THV Holdings LLC**                                            Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| I-470 FRONTAGE INVESTORS, LLC ATTN: KESSINGER/HUNTER 2600 GRAND BLVD. SUITE 700 KANSAS CITY, MO 64108 | John Dehardt☐ I-470 FRONTAGE INVESTORS, LLC ATTN: KESSINGER/HUNTER 2600 GRAND BLVD. SUITE 700 KANSAS CITY, MO 64108 816-936-8504☐ | | Disputed | 84,813.49 |
| LIT INDUSTRIAL LTD PARTNERSHIP P.O. BOX 6084 HICKSVILLE, NY 11802-6084 | Karen Harris☐ LIT INDUSTRIAL LTD PARTNERSHIP P.O. BOX 6084 HICKSVILLE, NY 11802-6084 502-583-4040☐ | | | 80,031.58 |
| American Express 20022 North 31st Ave☐ Mail Code AZ-08-03-11☐ Phoenix, AZ 85027 | American Express 20022 North 31st Ave☐ Mail Code AZ-08-03-11☐ Phoenix, AZ 85027 | | | 68,453.97 |
| DEAN DORTON ALLEN FORDPLLC 200 SOUTH 5TH ST SUITE 201 SOUTH LOUISVILLE, KY 40202 | Jim Tencza☐ DEAN DORTON ALLEN FORD PLLC 200 SOUTH 5TH ST SUITE 201 SOUTH LOUISVILLE, KY 40202 502-566-1071☐ | | | 68,039.75 |
| CATALINA TEMPERING-OHIO INC. NW-9013 P.O. BOX 1450 MINNEAPOLIS, MN 55485-9013 | Judi Wolfe☐ CATALINA TEMPERING-OHIO INC. 140 Carey St. Utica, OH 43080 740-892-2324☐ | | Disputed | 60,352.34 |
| Arrowhead Building Supply, Inc. 13 Guenther Boulevard St. Peters, MO 63376 | Tami Dohrman☐ Arrowhead Building Supply, Inc. 13 Guenther Boulevard St. Peters, MO 63376 636-279-8459☐ | | | 60,057.16 |
| TAYLOR ENTRANCE SYSTEMS P.O. BOX 296 WAUSAU, WI 54402 | Rhonda Ivaska TAYLOR ENTRANCE SYSTEMS P.O. BOX 296 WAUSAU, WI 54402 800-236-1528☐ | | | 55,581.34 |
| Beck/Alen Cabinetry 633 Spirit of St. Louis Blvd. Chesterfield, MO 63005 | David Bender☐ Beck/Alen Cabinetry 633 Spirit of St. Louis Blvd. Chesterfield, MO 63005 314-726-6868☐ | | | 53,093.23 |
| PROLUX 3791 South 300 West SALT LAKE CITY, UT 84115 | Jake McCrea☐ PROLUX 3791 South 300 West SALT LAKE CITY, UT 84115 801-955-7070☐ | | | 52,748.80 |

B4 (Official Form 4) (12/07) - Cont.

In re **THV Holdings LLC**　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **GUARDIAN INDUSTRIES CORP**<br>**24396 NETWORK PLACE**<br>**CHICAGO, IL 60673-1243** | **Doug Anderson**☐<br>**GUARDIAN INDUSTRIES CORP**<br>**24396 NETWORK PLACE**<br>**CHICAGO, IL 60673-1243**<br>**563-659-4006**☐ | | | 43,997.21 |
| **M-D METALSOURCE(LOXCREEN)**<br>**P.O. BOX 269075**<br>**OKLAHOMA CITY, OK 73126-9075** | **Elaine Smith**<br>**M-D METALSOURCE(LOXCREEN)**<br>**P.O. BOX 269075**<br>**OKLAHOMA CITY, OK 73126-9075**<br>**513-539-2255**☐ | | | 43,313.33 |
| **PRO MATERIALS DIRECT**<br>**4938 S ATLANTA ROAD**<br>**SUITE 600**<br>**SMYRNA, GA 30080** | **Joey Ingram**☐<br>**PRO MATERIALS DIRECT**<br>**4938 S ATLANTA ROAD**<br>**SUITE 600**<br>**SMYRNA, GA 30080**<br>**800-642-2030**☐ | | | 36,441.51 |
| **St. Louis Hardscape Material & Supply**<br>**401 W Outer Rd**<br>**Valley Park, MO 63088** | **Brian Johnston**☐<br>**St. Louis Hardscape Material & Supply**<br>**401 W Outer Rd**<br>**Valley Park, MO 63088**<br>**636-861-3323**☐ | | | 35,231.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　　I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date　**July  7, 2015**　　　　　　　　　　　Signature　**/s/ Charles L. Smith**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Charles L. Smith**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

AAA RENT-A-SPACE
OWENSBORO SELF-BAILMENT, LTD
P.O. Box 668
OWENSBORO KY 42302

ABC SUPPLY
P.O. BOX 842450
DALAS TX 75284-2450

ABCO SUPPLY
927 S. 7TH ST.
KANSAS CITY KS 66105

Access-Able-Designs Inc.
1260 Lexington Sq. SW
Vero Beach Fl 32962

ADVANCE TECHNOLOGIES DBA COPNET LLC
1628 NORTH CORRINGTON
KANSAS CITY MO 64120

Air Comfort Service, Inc.
11920 Missouri Bottom Road
Hazelwood MO 63042

Alliance Business Lending LLC
1095 Nimitzview Dr Ste 400
Cincinnati OH 45230

ALPACK
141 LANZA AVE
BUILDING #19
GARFIELD NJ 07026

American Express
20022 North 31st Ave
Mail Code AZ-08-03-11
Phoenix AZ 85027

AMERICAN ROOFING & METAL CO
4610 ROOFING ROAD
LOUISVILLE KY 40218

Anderson Management Co
3450 N Rock Road #201
Wichita KS 67226

Anjali Malik and Neena Malik
1414 Forest Dr
Union City TN 38261

Anthem 120
P.O. Box 105124
Atlanta GA 30348-5124

```
ANTHEM DENTAL
P.O. BOX 202837
DEPARTMENT 83717
DALLAS TX 75320-2837

APPALACHIAN POWER
P.O. BOX 24413
CANTON OH 44701-4413

Arrowhead Building Supply, Inc.
13 Guenther Boulevard
St. Peters MO 63376

AT&T
P.O. BOX 5014
CAROL STREAM IL 60197-2834

AT&T
P.O. BOX 105262
ATLANTA GA 30348-5262

AT&T Yellow Pages
P.O. Box 5010
Carol Stream IL 60197-5010

ATMOS 3011878639  SALEM DR
P.O. BOX 790311
ST LOUIS MO 63179-0311

BAKER BOTTS LLP
P.O. BOX 301251
Dallas TX 75303-1251

BAYMONT INN & SUITES
6515 SIGNATURE DRIVE S
LOUISVILLE KY 40213

Beck/Alen Cabinetry
633 Spirit of St. Louis Blvd.
Chesterfield MO 63005

BEST WESTERN SEVEN SEAS HOTEL
2611 OLD RED TRAIL
MANDAN ND 58554

BINSWANGER GLASS
1530 EAST 23RD ST.
INDEPENDENCE MO 64055

BIRKHEAD COMPANY, INC.
1212 OUTER LOOP
LOUISVILLE KY 40219
```

Blanding Partners, LLC
6100 Dutchmans Lane
Louisville KY 40205-3284

BOLT, BETH
P.O. Box 39219
Louisville Ky 40233

BRASS ACCENTS INC
1693 SALEM PARKWAY WEST
SALEM OH 44460

Building & Remodeling Warehouse
300 First Avenue South
Nitro WV 25143

Business Audio Plus
111 North Central
Eureka MO 63025

Business Tax Collections
Division of Collections
Dept of Revenue
501 High St PO Box 491
Frankfort KY 40602-0491

C.L. SMITH PROPERTIES, LLC
P.O. BOX 39219
LOUISVILLE KY 40233

Caltius Capital Management, LP
11766 Wilshire Blvd.
Suite 850
Los Angeles CA 90025

Caltius Partners, III, LP
Caltius Partners Executive III, LP
11766 Wilshire Blvd Ste 850
Los Angeles CA 90025

CARDINAL ALUMINUM
6910 PRESTON HIGHWAY
P.O. BOX 19987
LOUISVILLE KY 40259-0987

Cardinal Bld. Material, Inc.
3634 Pennridge
Bridgeton MO 63044

Careerbuilder
13047 Collection Center Drive
Chicago Il 60693-0130

Catalina Tempering
140 Carey St.
Utica OH 43080

CATALINA TEMPERING-OHIO INC.
NW-9013
P.O. BOX 1450
MINNEAPOLIS MN 55485-9013

CBS Radio
3100 Market Street
St. Louis MO 63103

CCP INDUSTRIES
P.O. BOX 73627
CLEVELAND OH 44193

CENTURY LINK
P.O. BOX 91154
SEATTLE WA 98111-9254

CENTURYLINK QCC
BUSINESS SERVICES
P.O. BOX 52187
PHOENIX AZ 85072-2187

Charles L Smith
P.O. Box 39219
Louisville KY 40233

CHARLESTON NEWSPAPERS
P.O. BOX 2993
CHARLESTON WV 25330

CHELSEA BUILDING PRODUCTS
P.O. BOX 643638
PITTSBURGH PA 15264-3638

Chelsea Building Products, Inc.
565 Cedar Way
Oakmont PA 15139

CINTAS FAS/FIRE LOCKBOX
P.O. BOX 636525
CINCINNATI OH 45263-6525

City Wide Maint. of St. Louis
1736 Westpark Center Drive
Suite 100
Fenton MO 63026

CL Smith Properties
Charles Smith
5611 Fern Valley Road
Louisville KY 40228

COLONIAL LIFE
PROCESSING CENTER
P.O. BOX 1365
COLUMBIA SC 29202-1365

Columbia Gas- Versailles
P.O. Box 742523
Cincinnati OH 45274-2523

Commonwealth of Kentucky
Education Cabinet
Div. of Unemployment Ins.
6201 Preston Highway, Suite G
Louisville KY 40219

COMMONWEALTH OF KENTUCKY
DIVISION OF UNEMPLOYMENT INSURANCE
P.O. Box 948
FRANKFORT KY 40602-0948

CommWorld Communications
P.O. Box 140095
St.Louis Mo 63114-0095

Conney Safety Products
P.O. BOX 44575
MADISON WI 53744-4575

COURIER-JOURNAL, THE
P.O. BOX 677353
DALLAS TX 75267-7353

COX INTERIOR, INC
P.O. BOX 160
MIDDLETOWN OH 45042-0160

Cumulus-Lexington KY- WVLK-AM
C/O US Bank
P.O. Box 643177
Cincinnati OH 45264-3177

David Chiarelli
4000 East 137th Terrace
GRANDVIEW, MO 64030

DDR CONTINENTAL LP
100 DEBARTOLO PLACE
SUITE 400
BOARDMAN OH 44512

DE LAGE LANDEN FINANCIAL SERV.
P.O. BOX 41602
PHILADELPHIA PA 19101-1602

DEAN DORTON ALLEN FORDPLLC
200 SOUTH 5TH ST
SUITE 201 SOUTH
LOUISVILLE KY 40202

Deffenbaugh Disposal - KC
P.O. BOX 3249
SHAWNEE KS 66203

DERBY CITY LITHO
839 EAST BROADWAY
LOUISVILLE KY 40204-1052

DEX ONE
P.O. Box 9001401
LOUISVILLE KY 40290

DJ Leasing LLC dba Vehicle Leasing Svcs
3700 Crittenden Drive
Louisville KY 40209

Dugan Financing LLC
Attn: DUK07A
75 Remittance Dr. - Ste 3205
Chicago IL 60675-3205

ELECTRONIC FLUOROCARBONS, LLC
P.O. BOX 759
HOPKINTON MA 01748

FASTENAL COMPANY
p.o. BOX 978
WINONA MN 55987-0978

FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURG PA 15250-7461

FEDEX
P.O. BOX 223125
PITTSBURGH PA 15250-2125

Ferguson Enterprises Inc.
76 Hubble Drive
O'Fallon MO 63368

FIDC XII
100 DeBartolo Place, Ste 400
Youngstown OH 44512

Financial Procedding Services, LLC
Attn: Mitchell M. Wexler
13397 Lakefront Dr
Earth City MO 63045

Financial Processing Services, LLC
13397 Lakefront Drive
Earth City MO 63045

FISHER LUMBER COMPANY
P.O. BOX 355
GARDEN PLAIN KS 67050

FLEET ONE
P.O. BOX 415000
MSC 30425
NASHVILLE TN 37241-5000

FLEET SERVICE INC.
2816 34TH STREET NW
MANDAN ND 58554

Ford Credit
PO Box 650575
Dallas TX 75265

FORD CREDIT
P.O. BOX 650575
DALLAS TX 75265-0575

FORD CREDIT
p.o. BOX 790093
ST LOUIS MO 63179-0093

FOUR-JAKS, INC
P.O. BOX 1730
LEWISBURG WV 24901

FRENCH & STONE, P. C.
ATTORNEYS AT LAW
2960 DIAGONAL HWY, SUITE 207
BOULDER CO 80301

FRONTIER
P.O. BOX 20550
ROCHESTER NY 14602-0550

FROST BROWN TODD LLC
400 WEST MARKET ST
LOUISVILLE KY 40202

FUSE 2 MARKETING
3037 FAIRWAY DRIVE
FLOYDS KNOBS IN 47119

Gannett Co Inc
d/b/a Gannette Broadcasting
Lloyd & McDaniel
PO Box 23200
Louisville KY 40223

```
GE CAPITAL
p.o. BOX 740441
ATLANTA GA 30374-0441

GENERAL RUBBER & PLASTICS
3118 S. PRESTON STREET
LOUISVILLE KY 40213

Glass Blocks of St. Louis
1253 East Road
St. Louis MO 63110

Glenlo Awning & Window Co.
P.O. Box 118
Imperial MO 63052

GOSSEN CORPORATION
P.O. BOX 44719
MADISON WI 53744-4719

Great America Leasing Corp
625 First St SE Ste 800
Cedar Rapids IA 52401

Great Central Lumber
137 Ecology Drive
St. Peters MO 63376

Great Lakes Window Corp.
P.O. Box 842973
Boston MA 02284-2973

GREATAMERICA LEASING CORP
P.O. BOX 660831
DALLAS TX 75266-0831

GUARDIAN
P.O. BOX 677458
DALLAS TX 75267-7458

GUARDIAN INDUSTRIES CORP
24396 NETWORK PLACE
CHICAGO IL 60673-1243

H&G / Schultz Door
11635 Lackland Road
St. Louis MO 63146-3526

H-O PRODUCTS CORP
12 MUNRO STREET
WINSTED CT 06098
```

HAYNES & HAYNES, LLC
2960 DIAGONAL HWY
SUITE 207
BOULDER CO 80301

Hill Sokalski Walsh Trippier
360 Main Street
Suite 2670
Winnipeg, Manitoba R3C 3Z3, Canada

HOLLAND FREIGHT
27052 NETWORK PLACE
CHICAGO IL 60673-1270

HOLT GRINDING SERVICE INC
P.O. BOX 452
214 MAPLE STREET
RILLTON PA 15678

Hydro Dimensions
27957 Diaz Road
Temecula Ca 92590

HYGRADE METAL MOULDING MFG
P.O. Box 6097
Hermitage PA 16148-1097

I-470 FRONTAGE INVESTORS, LLC
ATTN: KESSINGER/HUNTER
2600 GRAND BLVD. SUITE 700
KANSAS CITY MO 64108

ICS Payment & Corrp Unit
Illinois Dept of Revenue
PO Box 19043
Springfield IL 62794-9043

INDEPENDENT II, LLC
P.O. BOX 950254
LOUSVILLE KY 40295-0245

Indiana Dept of Revenue
100 N Senate Ave
Indianapolis IN 46204

INNOVATIVE MARKING SYSTEMS, INC
240 SMITH STREET
LOWELL MA 01851

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

J J KELLER
P.O. BOX 6614
CAROL STREAM IL 60197-6614

JACKSON COUNTY WATER-1
13015 15TH STREET
GRANDVIEW, MO 64030

JACKSON LEWIS LLP
P.O. BOX 416019
BOSTON MA 02241-6019

Jan-Pro Cleaning Systems
11684 Lilburn Park Road
St Louis MO 63146

JENKINS & KLING, P.C.
150 NORTH MERAMEE AVE
SUITE 400
ST LOUIS MO 63105

JENKINS, GEORGE-Weekly Exp Reports
P.O. Box 39219
Louisville KY 40233

JOHNSEN TRAILER SALES, INC
P.O. BOX 1516
BISMARCK ND 58502

KAKE
P.O. box 14200
Tallahassee FL 32317-4200

KANSAS CORPORATION COMMISSION
1500 SW ARROWHEAD ROAD
TOPEKA KS 66604-4027

Kansas Dept of Revenue
915 SW Harrison St
Topeka KS 66625

KANSAS GAS SERVICE
P.O. BOX 219046
KANSAS CITY MO 64121

KDNL C/O WICS TV
2680 E COOK STREET
SPRINGFIELD IL 62703

KENERGY
P.O. Box 1389
Owensboro Ky 42302-1389

Kentucky  Utilities  Company
P.O. Box 9001954
Louisville KY 40290-1954

Kentucky Dept of Revenue
Legal Support Branch Sta 42
501 High Street
Frankfort KY 40601-2103

Kentucky Dept of Revenue
Legal Support Branch
P.O. Box 5222
501 High Street
Frankfort KY 40602-2103

KMOV
P.O. Box 731253
Dallas TX 75373-1253

KOLR
2650 E. DIVISION ST
SPRINGFIELD, MO 65803

KRCG-TV
2680 EAST COOK STREET
SPRINGFIELD IL 62703

KSCW
P.O. BOX 48349
WICHITA, KS 67201

KSDK
1000 Market Street
St. Louis MO 63101

KTVI Fox 2
3592 Solutions Center
Chicago IL 60677-3005

KWCH
P.O. BOX 48349
WICHITA, KS 67201

LABOR READY CENTRAL INC
1002 SOLUTIONS CENTER
CHICAGO IL 60677-1000

Lamar Companies
P.O. Box 96030
Baton Rouge LA 70896

LANSING BUILDING PRODUCTS
8201 NATIONAL TURNPIKE
LOUISVILLE KY 40214

```
LANSING BUILDING PRODUCTS
p.o. BOX 28750
RICHMOND VA 23228-8750

LEINGANG HOME CENTER
2601 TWIN CITY DRIVE
MANDAN ND 58554

Lewis, Rice & Fingersh, L.C.
600 Washington Ave
Suite 2500
St. Louis MO 63101

LIT Industrial Limited Partnership
7865 National Turnpike
Louisville KY 40214-4807

LIT INDUSTRIAL LTD PARTNERSHIP
P.O. BOX 6084
HICKSVILLE NY 11802-6084

LOUISVILLE GAS & ELECTRIC
P.O. BOX 9001960
LOUISVILLE KY 40290-1960

M-D METALSOURCE (LOXCREEN)
P.O. BOX 269075
OKLAHOMA CITY OK 73126-9075

MAILFINANCE
25881 Network Place
Chicago IL 60673-1258

MAINE OXY GROUP
22 ALBISTON WAY
AUBURN ME 04210

MALIK, ANJALI
1414 FOREST DR
UNION CITY TN 38261

Massachusetts Dept of Revenue
PO Box 7065
Boston MA 02204-7065

MASTER'S SUPPLY
P.O. BOX 34337
LOUISVILLE KY 40232

MASTERMAN'S
11C STREET
BUILDING 10
AUBURN MA 01501
```

MCI PRINTING INC.
10017 OFFICE CENTER AVE
ST LOUIS MO 63128

MCMAHON BERGER P.C.
2730 NORTH BALLAS RD
SUITE 200
ST LOUIS MO 63131-3039

Melvin A. Bedree, Esq.
Vorys, Sater, Seymour & Pease, LLP
52 E Gay St
Columbus OH 43215

MGE
P.O. Box 219255
Kansas City MO 64121-9255

MIDCONTINENT
P.O. BOX 5010
SIOUX FALLS SD 57117-5010

Minnesota Revenue
PO Box 64651
Saint Paul MN 55164-0651

Missouri Division of Employment Security
P.O. Box 59
Jefferson City MO 65104-0059

MOHAWK FINISHING PRODUCTS
P.O. BOX 535414
ATLANTA GA 30353-5414

MONSTER.COM
7800 W. BROWN DEER ROAD
SUITE 200
MILWAUKEE WI 53223

MOR-GRAN-SOU ELECTRIC COOP
P.O. BOX 297
FLASHER ND 58535-0297

Morris-Anderson & Associates Ltd
55 West Monroe St.
Suite 2500
Chicago IL 60603

MULTI-WALL
P.O. BOX 95508
CHICAGO IL 60694-5508

NATIONAL NAIL CORP
8597 SOLUTION CENTER
CHICAGO IL 60677-8005

NC Dept of Revenue
PO Box 25000
Raleigh NC 27640-0002

NEC FINANCIAL SERVICES
P.O. BOX 100558
PASADENA CA 91189-0558

NEOPOST
25880 NETWORK PLACE
CHICAGO IL 60673-1258

NEOPOST INC
P.O. Box 30193
Tampa FL 33630-3193

NETWORK EQUIPMENT SERVICES
P.O. BOX 580
PUTNAM CT 06260

NO WORRY LAWN SERVICE
2122 W. 17TH N.
WICHITA KS 67203

NORTH SOUTH, LLC
P.O. Box 39219
Louisville KY 40233

NORTHERN PLAINS HEATING & AIR
2510 VERMONT AVE
BISMARCK ND 58501

NOVA FIRE PROTECTION, INC
304 41ST ST SW
FARGO ND 58103

OCCUPATIONAL HEALTH CENTER
P.O. BOX 369
LOMBARD IL 60148-0369

OCCUPATIONAL HEALTH CENTERS OF THE SOUTH
P.O. Box 369
Lombard IL 60148-0369

ODL, INC
P.O. BOX 535219
ATLANTA GA 30353-5219

OFFICE PRIDE
170 N. JACKSON, SUITE A
FRANKLIN KY 46131

Ohio Dept of Taxation
PO Box 530
Columbus OH 43216-0530

OK Tires
Marnell Ringsak
3921 Lockport Street  Ste. 3
Bismarck ND 58503

Orange Grove Management Co. LLC
P.O. Box 39219
Louisville Ky 40233

Owensboro Messenger-Inquirer
1401 Frederica St.
Owensboro KY 42301

Owensboro Messenger-Inquirer
C/O Paxton Media Group
P.O. Box 1350
Paducah KY 42002-1350

PADUCAH POWER COMPANY
P.O. BOX 180
PADUCAH KY 42002-0180

PADUCAH SUN
408 Kentucky Ave.
Paducah Ky 42003

PADUCAH WATER
UTILITY PAYMENT CENTER
P.O. BOX 2477
PADUCAH KY 42002-2477

PALFLEET TRUCK EQUIPMENT
P.O. BOX 5822
CAROL STREAM IL 60197-5822

Paussa Properties, LLC
PO Box 34749
Louisville KY 40232-4749

PDD, INC
7845 NATIONAL TURNPIKE
LOUISVILLE KY 40214

PEEK-O HOME PROTECTOR MFG
12431 E. PUTNAM STREET
WHITTIER CA 90602

PEMKO MANUFACTURING CO
P.O. BOX 31001-1250
PASADENA CA 91110-1250

Penske Truck Leasing Co., L.P.
P.O. Box 802577
Chicago IL 60680-2577

Pitney Bowes Inc.
P.O. Box 371887
Pittsburg PA 15250-7887

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh PA 15250-7874

Plansource
P.O. Box 1313
Orlando Fl 32802

Power Up Electrical Contractors
2060 Craigshire Road
St.Louis MO 63146

PRAXAIR
DEPT CH 10660
PALATINE IL 60055-0660

PREMIER FLEET GRAPHICS
4340 SANITA CT.
SUITE 1
LOUISVILLE KY 40228

PRO FORMS
p.o. BOX 2383
BISMARCK ND 58502

PRO MATERIALS DIRECT
4938 S ATLANTA ROAD
SUITE 600
SMYRNA GA 30080

PRO-LOK
655 N. HARITON STREET
ORANGE CA 92868

PROLUX
3791 South 300 West
SALT LAKE CITY UT 84115

PROMETHEUS PROPERTIES LLC
ATTN: PHILLIP ELLIOTT
669 WINTERHILL LA
LEXINGTON KY 40509

QUANEX HOMESHIELD LLC
P.O. BOX 535445
ATLANTA GA 30353-5445

Quantum Technologies
1532 Fenpark Drive
Fenton MO 63026

R & L TRUCKLOAD QPS
7290 COLLEGE PKWY SUITE 2
FORT MYERS FL 33907

R. J. WHOLESALE
930 KENT STREET
KEARNEY MO 64068

REPUBLIC SERVICES  1102901
P.O. 9001099
LOUISVILLE KY 40290-1099

RIVER CITY - LOUISVILLE
1110 ULRICH AVE
LOUISVILLE KY 40219

Robbins  Properties-Owensboro
C/O Robbins Properties I, LLC
3100 West End Avenue
Nashville TN 37203

ROCKTENN, CP, LLC
14079 COLLECTION CTR
CHICAGO IL 60693

Royal Papers Inc
2701 Hereford St.
St. Louis MO 63139

RYDER TRANSPORTATION SERVICES
P.O. BOX 96723
CHICAGO IL 60693-6723

SAFEGUARD BUSINESS SYSTEM
P.O. BOX 88043
CHICAGO IL 60680-1043

SANFORD HEALTH OCCUPATIONAL
2603 EAST BROADWAY AVENUE
BISMARCK ND 58501-5107

Scot Mailing And Shipping
11461 Blankenbaker Access Drive
Suite 103
Louisville Ky 40299

SCOTT FINANCIAL CORP
P.O. BOX 4065
BISMARCK ND 58502

SECURITY MOLDING, INC
255 W. FACTORY ROAD
ADDISON IL 60101

SEE-MORE SIGNS
7931 WORNALL RD.
KANSAS CITY MO 64114

Shamel Auto & Tire
11570 St. Charles Rock Road
Bridgeton MO 63044

SHERWIN WILLIAMS
9203 SUTTON PLACE
HAMILTON OH 45011

Signarama Dixie
4436 Dixie Hwy
Louisville Ky 40216

SILCO INC
7635 ST CLAIR AVE
MENTOR OH 44060

SIMPLEXGRINNELL
DEPT CH 10320
PALATINE IL 60055-0320

Sinclair Communications, LLC
d/b/a DRCG
10188 Old US Hwy 54
New Bloomfield MO 65063

Sinclair Communications, LLC
d/b/a DRCG
10188 Old US Hwy 54
New Bloomfield MO 65063

SPECIALTY GASES OF AMERICA INC
Department CH 10660
PALATINE IL 60055-0660

Sprint
P.O. Box 219530
KANSAS CITY MO 64121-9530

St. Louis Hardscape Material & Supply
401 W Outer Rd
Valley Park MO 63088

St. Louis Marble Company
1565 Fenpark Drive
Fenton MO 63026

St.Louis Automatic
3928 Clayton Ave
St.Louis MO 63110

State of Maryland
Revenue Administration Division
110 Carroll St
Annapolis MD 21411-0001

State of North Dakota
600 E Boulevard Ave Dept 127
Bismarck ND 58505-0599

State of Texas
Comptroller of Public Accounts
PO Box 14359
Austin TX 78714-9359

State of West Virginia
State Tax Dept
Compliance Disivion
PO Box 229
Charleston WV 25321

Support cloud
5640 B Telegraph Road
Suite 300
St. Louis Mo 63129

TAYLOR ENTRANCE SYSTEMS
P.O. BOX 296
WAUSAU WI 54402

Tennessee Dept of Revenue
500 Deaderick St
Andrew Jackson State Ofc Bldg
Nashville TN 37242

THE HERALD -DISPATCH
P.O. BOX 2017
HUNTINGTON WV 25720-2017

The TM Group, Inc.
27555 Executive Drive
Suite 100
Farmington Hill MI 48331

Time Warner Cable
P.O. Box 1060
Carol Stream IL 60132-1060

TIME WARNER CABLE
P.O. BOX 1104
CAROL STREAM IL 60132-1104

TOP NOTCH DISTRIBUTORS, INC
P.O. BOX 189
HONESDALE PA 18431-0189

```
TW TELECOM
P.O. BOX 172567
DENVER CO 80217-2567

UHL IDEALEASE
P.O. BOX 35489
LOUISVILLE KY 40213

UHL Idealease
4300 Poplar Level Rd
Louisville KY 40213

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM IL 60132-0577

US Attorney
For: Internal Revenue Service
717 West Broadway
Louisville KY 40202

Utah State Tax Commission
210 N 1950 W
Salt Lake City UT 84134-0700

VALLEY CARTAGE
3011 ENLOE STREET
HUDSON WI 54016

VANGUARD CLEANING SYSTEMS OF LOUIS
1230 LIBERTY BANK LANE
SUITE 110
LOUISVILLE KY 40222

VEHICAL LEASING SERVICES
436 S. Seventh St.
Ste. #300
LOUISVILLE KY 40203

VERIFIED SERVICE REPORTS LLC
167 LAMP AND LANTERN VLG #161
CHESTERFIELD MO 63017

VERIZON WIRELESS
P.O. BOX 25505
LEIGH VALLEY PA 18002-5505

Virginia Dept of Taxation
Office of Customer Services
PO Box 1115
Richmond VA 23218-1115

Vision Stream
11426 Moog Drive
St. Louis MO 63146
```

VOGEL HEATING & COOLING
1642 MANUFACTURERS DRIVE
FENTON MO 63026

WASTE CONNECTIONS, INC.
2745 NORTH OHIO
WICHITA KS 67219

WAVE-TV
P.O. BOX 11407
ATTN: LOCKBOX # 1395
BIRMINGHAM AL 35246-1395

WESTAR ENERGY
P.O. Box 758500
Topeka KS 66675-8500

WEX FLEET CARD
P.O. BOX 6293
CAROL STREAM IL 60197-6293

WFIE
P.O. Box 11407
Attn: Lockbox # 1405
Birmingham AL 35246-1405

WHAS
P.O. BOX 905313
CHARLOTTE NC 28290-5313

WICHITA EAGLE
P.O. BOX 3297
WICHITA KS 67201-3297

Will Electronics
9789 Reavis Park Drive
St. Louis MO 63123

WINDSTREAM
P.O. BOX 9001950
LOUISVILLE KY 40290-1950

Wisconsin Dept of Revenue
PO Box 8902 or 8949
Madison WI 53708

WKYT
P.O. Box 14200
Tallahassee FL 32317-4200

World Press
1626 Manufacturers Drive
Fenton MO 63026

WPSD Television
100 Television Lane
P.O. Box 1197
Paducah KY 42002

WZTV
631 Mainstream Dr.
Nashville TN 37228

Xerographic Business Systems
790 N. Dixie Ae
Suite 500
Elizabethtown Ky 42701

Xerox Capital Services LLC
PO Box 660501
Lewisville TX 75057

XEROX CORPORATION
P.O. BOX 650361
DALLAS TX 75265

XEROX CORPORATION
P.O. BOX 802555
Chicago IL 60680-2555

XEROX CORPORATION
P.O. BOX 827598
PHILADELPHIA PA 19182-7598

XPEDX
3568 SOLUTIONS CENTER
CHICAGO IL 60677-3005

YP
P.O. BOX 105024
ATLANTA GA 30348-5024

ZEE MEDICAL INC
P.O. BOX 781433
INDIANAPOLIS IN 46278-8433

ZOBEL NORTH AMERICA
7775 WALTON PARKWAY
SUITE 111
NEW ALBANY OH 43054

# United States Bankruptcy Court
## Western District of Kentucky

In re   __THV Holdings LLC__ _____   Case No.  _____
                                   Debtor(s)               Chapter   __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __THV Holdings LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July  7, 2015__ _____           __/s/ David M Cantor__ _____
Date                                            __David M Cantor__
                                          Signature of Attorney or Litigant
                                          Counsel for   __THV Holdings LLC__ _____
                                          **Seiller Waterman LLC**
                                          **22nd Floor - Meidinger Tower**
                                          **462 S 4th Street**
                                          **Louisville, KY 40202**
                                          **502-584-7400 Fax:502-583-2100**